## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEREK BROWN and** | * | **CIVIL ACTION** |
| **JULIA BARECKI-BROWN** | * | |
| | * | **NO. 22-847** |
| **versus** | * | |
| | * | **SECTION "L"** |
| **DERRICK BURMASTER, SHAUN** | * | **JUDGE FALLON** |
| **FERGUSON, and the CITY OF NEW** | * | |
| **ORLEANS** | * | **MAGISTRATE DIVISION "4"** |
| | * | **MAGISTRATE JUDGE ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL OF DENIAL OF MOTION FOR
### SUMMARY JUDGMENT ON THE BASIS OF QUALIFIED IMMUNITY

**NOTICE IS HEREBY GIVEN** that defendant, Officer Derrick Burmaster, hereby appeals to

the United States Court of Appeal for the Fifth Circuit from an Order and Reasons and Judgment (Rec.

Doc. 162) issued on March 29, 2023 denying his Motion for Summary Judgment on the basis of qualified

immunity and on the issue of punitive or exemplary damages (Rec. Doc. 105)

This Court's March 29, 2023 Order is ripe for appeal as it denies Officer Burmaster's Motion for

Summary Judgment that was based on qualified immunity and is therefore a collateral order capable of

immediate appeal.  See, *Kinney v. Weaver, et al*, 367 F.3d 337 (5th Cir. 2004) (citing *Mitchell v.

Forsythe*, 472 U.S. 511, 530, 105 S.Ct 2806, 86 L.Ed.2d 411 (1985).  This notice of appeal is timely

filed because it is being filed within 30 days of the Court's March 29, 2023 ruling.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
_____
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-7103
Telephone:    (504) 529-4141
Facsimile:    (504) 561-0326
Email:         cta@gustebarnett.com

**Attorneys for Defendant,**
**DERRICK BURMASTER**